# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 8, 2022

## NO. 03-22-00036-CV

**Yong Yu and Chao Qun Restaurant Group, LLC, Appellants**

**v.**

**Chao-Qun Lu, Appellee**

### APPEAL FROM THE 455TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
### REVERSED AND REMANDED -- OPINION BY JUSTICE BAKER

This is an appeal from the interlocutory order signed by the trial court on January 20, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the order. Therefore, the Court reverses the trial court's interlocutory order and remands the case to the trial court for further proceedings consistent with the Court's opinion. Appellee shall pay all costs relating to this appeal, both in this Court and in the court below.